1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

6

7   UNITED STATES OF AMERICA,                )          Case No. 2:13-cr-00062-JCM-PAL
                                             )
8                           Plaintiff,       )          **ORDER**
                                             )
9   vs.                                      )          (Mtn for Records - Dkt. #29)
                                             )
10  KEVIN SALISBURY,                         )
                                             )
11                          Defendant.       )
    _____)

12

13          This matter is before the court on Defendant Kevin Salisbury's Ex Parte Motion to Obtain

14  Medical Records (Dkt. #29) filed October 24, 2013.  The court has considered the Motion.

15          On February 12, 2013, the federal grand jury returned an Indictment (Dkt. #1) against Salisbury

16  charging him with one count of assault on a federal officer in violation of 18 U.S.C. § 111(a).  Salisbury

17  made an initial appearance on March 22, 2013, was appointed counsel, and entered a not guilty plea.

18  *See* Minutes of Proceedings (Dkt. #10).  After a hearing, Salisbury was detained pending trial.  *Id.*;

19  Order of Detention (Dkt. #11).  On July 23, 2013, the court held a hearing on Salisbury's Motion for

20  Psychiatric Evaluation to Determine Mental Competency to Stand Trial (Dkt. #16).  *See* Minutes of

21  Proceedings (Dkt. #19).  On June 26, 2013, the court ordered Salisbury be transported by the U.S.

22  Marshal's Service to a Bureau of Prisons facility to undergo a psychiatric evaluation to determine his

23  competency to stand trial.  *See* Order (Dkt. #21).  On October 2, 2013, the court received a psychiatric

24  report from Dr. Alicia Gilbert, Ph.D., a forensic psychologist at the Metropolitan Correctional Center in

25  San Diego, California, which was filed under seal on the court's docket.  On October 8, 2013, the court

26  held a status hearing in this matter.  *See* Minutes of Proceedings (Dkt. #24).  The court set a

27  competency hearing for October 24, 2013, which was continued by Stipulation (Dkt. #26) until

28  November 5, 2013.  *See* Minutes of Proceedings (Dkt. #24); Order on Stipulation (Dkt. #27).

The Motion for Records represents that defense counsel needs Salisbury's medical records from the Southern Nevada Detention Center and from the Metropolitan Correctional Center in order to properly prepare for the competency hearing.  Dr. Gilbert agreed to provide all the records she reviewed and relied on in making her report, but she required a subpoena and a written waiver from Salisbury. Counsel represents that Salisbury has refused to meet or speak with counsel and will not sign a waiver. Therefore, defense counsel seeks an order from the court to obtain Salisbury's medical records from the Federal Bureau of Prisons and the Southern Nevada Detention Center.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1.      Salisbury's Motion for Records (Dkt. #29) is GRANTED.

2.      Dr. Gilbert shall produce, no later than **November 2, 2013,** copies of all of Salisbury's medical records that she or any of the other evaluators reviewed or relied on in preparing psychiatric report on Salisbury dated September 13, 2013, to the Clerk of the Court, who shall notify counsel for Salisbury and the government that the documents are available for inspection and copying.

3.      The medical director, or custodian or records  at the Southern Nevada Detention Center shall produce, no later than **November 2, 2013**, copies of all of Salisbury's medical records to the Clerk of the Court, who shall notify counsel for Salisbury and the government that the documents are available for inspection and copying.

Dated this 25th day of October, 2013.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2