UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>       v.<br><br>KEVIN SALISBURY,<br><br>                                  Defendant. | Case No. 2:13-cr-00062-JCM-PAL<br><br>ORDER<br><br>(Mot for Hrng – Dkt. #76) |

Before the court is Defendant Kevin Salisbury's "Motion to Place on Calendar for Communication Between the Undersigned and Defendant" (Dkt. #76).  The court has reviewed the motion and finds that it should be granted.  Accordingly,

**IT IS ORDERED** that the Motion to Place on Calendar (Dkt. #76) is **GRANTED**, and a status hearing is scheduled for **Tuesday, April 14, 2015, at 2:30 p.m., in Courtroom 3B.**

DATED this 9th day of April, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1