UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff<br><br>v.<br><br>Kevin A. Salisbury,<br><br>　　　Defendant | Case Nos.: 2:12-cr-00010-JAD-CWH<br>　　　　　　　2:13-cr-00062-JCM-PAL<br><br>**Order Extending Time for Evaluation** |

On August 8, 2023, this court entered an order for a psychiatric or psychological evaluation of Defendant Kevin A. Salisbury, who is pending supervised-release revocation proceedings in both of his cases.[1] To facilitate that evaluation, Salisbury was ordered committed to the appropriate Bureau of Prisons (BOP) facility for a reasonable amount of time, not to exceed 30 days, but the order also allows the director of the BOP facility "to apply for a reasonable extension of time, not to exceed 15 days, upon a showing of good cause that the additional time is necessary."[2] By letter, the Acting Warden of the facility has advised the court that Salisbury's commitment period began on August 25, 2023, and a request is made for the statutorily permitted 15-day extension, which would extend the commitment period to October 8, 2023. As good cause has been shown that the additional time is necessary to observe and evaluate the defendant, IT IS ORDERED under 18 U.S.C. § 4247(b) that the commitment period is extended to October 8, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　September 1, 2023

---

[1] ECF No. 164 in 2:12-cr-00010-JAD-CWH; ECF No. 159 in 2:13-cr-00062-JCM-PAL.

[2] *Id.* at 2–3.