**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-62 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| KEVIN SALISBURY, | |
| Defendant(s). | |

Presently before the court is defendant Kevin Salisbury ("defendant")'s motion to request documents (ECF No. 187), motion to remove docket entry (ECF No. 188), motion for early termination of supervised release (ECF No. 189), and motion seeking discovery (ECF No. 194). Specifically, defendant requests the transcripts of the preliminary hearing, asks for information regarding a joint discovery agreement, and seeks removal of his own motion for early termination of supervised release from the docket. No responses or oppositions have been filed, and the time to do so has passed.

These *pro se* motions are incomprehensible, contain numerous contradictions, and cite no case law. Most pertinent to this order, all motions violate Local Rule 47-1.

Local Rule 47-1 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LCR 47-1. Local Rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who

electronically files the document." LR IC 5-1.  Local Rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Defendant's attorney has not withdrawn from the case.  Defendant's motions bear neither his own signature nor that of his attorney.  Defendant's motions do not contain points and authorities.  If defendant wishes to move the court for further action in this case, he must do so through his attorney or proceed properly as a *pro se* party.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to request documents (ECF No. 187), motion to remove docket entry (ECF No. 188), motion for early termination of supervised release (ECF No. 189), and motion seeking discovery (ECF No. 194) be STRICKEN.

DATED May 31, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**