UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>KEVIN SALISBURY,<br><br>Defendant(s). | Case No. 2:13-CR-62 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Kevin Salisbury ("defendant")'s *pro se* motion to suppress. (ECF No. 200). Specifically, defendant requests that the court suppress "the remaining telephone and oral communications."

This *pro se* motion is incomprehensible, as it is unclear which communications defendant is referring to, and the motion cites no case law. Most pertinent to this order, the motion violates Local Rule 47-1.

Local Rule 47-1 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LCR 47-1. Local Rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1. Local Rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Defendant's attorney has not withdrawn from the case. Defendant's motion bears neither his own signature nor that of his attorney. His motion does not contain points and authorities. If

**James C. Mahan**
**U.S. District Judge**

defendant wishes to move the court for further action in this case, he must do so through his attorney or proceed properly as a *pro se* party.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Kevin Salisbury's motion to suppress (ECF No. 200) be, and the same hereby is, STRICKEN.

DATED July 12, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**